**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**DOCKET NO. 7:19-CR-82-1D**

| | | |
|---|---|---|
| **United States Of America** | ) | **ORDER STRIKING IMPOSED CONDITION OF SUPERVISED RELEASE** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Antonio Gerald Cobb** | ) | |
| | ) | |

On May 26, 2020, Antonio Gerald Cobb appeared before the Honorable James C. Dever III, United States District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Count 1 - Possession With Intent to Distribute a Quantity of Marijuana, Cocaine, and Cocaine Base (Crack), in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and Count 2 – Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c) and 924(c)(1)(A)(i) was sentenced to 78 months imprisonment within the Bureau of Prisons followed by 36 months of supervised release.

Antonio Gerald Cobb was released from custody on January 23, 2025, at which time the term of supervised release commenced.

On July 2, 2026, the conditions of supervised release were modified for the defendant to participate in a cognitive behavioral program as directed by the probation office. The condition was imposed to allow the defendant to participate in the United States Probation Office early termination track.

The defendant is no longer eligible to participate in the United States Probation Office early termination track and does not currently have reliable transportation to attend the cognitive behavioral program.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the previously imposed condition for the defendant to participate in a cognitive behavioral program as directed by the probation office be struck from the conditions of supervised release.

This the 28th day of October, 2026.

J C Dever

James C. Dever III
United States District Judge